652

*Patterson* for petitioner. *Mr. Robert J. Pleus* for respondent.

No. 815. FIDELITY UNION TRUST CO. ET AL., EXECUTORS, ET AL. *v.* FIELD. April 22, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Francis F. Welsh* for petitioners. *Mr. Russell C. MacFall* for respondent.

No. 774. BACARDI CORPORATION *v.* BONET, TREASURER, ET AL. April 22, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Edward S. Rogers, Thomas Hunt, Jerome L. Isaacs, Karl D. Loos,* and *Preston B. Kavanagh* for petitioner. *Messrs. William Cattron Rigby, George A. Malcolm,* Attorney General of Puerto Rico, and *Nathan R. Margold* for Bonet, Treasurer; and *Mr. David A. Buckley, Jr.* for Destileria Serralles, Inc.,—respondents.

No. 782. WEST INDIA OIL CO. (Puerto Rico) *v.* BONET, TREASURER OF PUERTO RICO. April 22, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. James R. Beverley* for petitioner. *Messrs. William Cattron Rigby, George A. Malcolm,* Attorney General of Puerto Rico, and *Nathan R. Margold* for respondent.

No. 803. HANSBERRY ET AL. *v.* LEE ET AL. April 22, 1940. Petition for writ of certiorari to the Supreme Court of Illinois granted. *Mr. Earl B. Dickerson* for